IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL GRINKER,              ) | No. C 09-03201 JW (PR) |
|                            ) | |
|     Petitioner,    ) | ORDER OF TRANSFER |
|                            ) | |
| vs.                        ) | |
|                            ) | |
| BEN CURRY, Warden,         ) | |
|                            ) | |
|     Respondent.    ) | |
|                            ) | |
| _____) | (Docket No. 4) |

Petitioner, a prisoner at the Correctional Training Facility in Soledad, California, has filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging his state conviction.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d). However, Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. See Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968). The petition indicates that petitioner was convicted in Los Angeles County which lies within the venue of the Western Division of the Central District of California. See 28 U.S.C. 84(c).

Order of Transfer
P:\PRO-SE\SJ.JW\HC.09\Grinker03201_transfer.wpd

1  Accordingly, the above-titled action is hereby TRANSFERRED to the United
2  States District Court for the Western Division of the Central District of California.
3  See 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3.
4  The Court notes that petitioner paid the filing fee on August 13, 2009.
5  (Receipt No. 34611035522.) Accordingly, petitioner's motion for leave to proceed
6  in forma pauperis is DENIED as moot. (Docket No. 4.)
7  The clerk shall transfer this matter and terminate Docket No. 4.

DATED:  December 9, 2009

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

Order of Transfer
P:\PRO-SE\SJ.JW\HC.09\Grinker03201_transfer.wpd      2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PAUL GRINKER,

        Petitioner,

  v.

BEN CURRY, Warden,

        Respondent.

Case Number: CV09-03201 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  12/18/2009 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Paul Grinker K-39225
CTF - Correctional Training Facility
P. O. Box 689
Soledad, Ca 93960

Dated: 12/18/2009

                      Richard W. Wieking, Clerk
                      /s/By: Elizabeth Garcia, Deputy Clerk